JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HACHIK MASKOVIAN,<br><br>          Petitioner,<br><br>          v.<br><br>RAYBON JOHNSON, Warden,<br><br>          Respondent. | Case No. CV 19-9986-JAK (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: October 19, 2020

                                          HONORABLE JOHN A. KRONSTADT
                                          United States District Judge